**Robert M. MUMMA, II, Petitioner**

v.

**CRH, INC., Pennsy Supply, Inc., Lisa M. Morgan, Barbara McKimmie Mumma, Linda Mumma Roth, Morgan, Lewis & Bockius, and Stradley, Ronon, Stevens & Young, Respondents**

No. 479 MAL 2016

Supreme Court of Pennsylvania.

January 3, 2017

## ORDER

PER CURIAM

AND NOW, this 3rd day of January, 2017, the Petition for Allowance of Appeal is **DENIED**. Motion to Consolidate is **DENIED**.

**COMMONWEALTH of Pennsylvania, Respondent**

v.

**Lloyd Alvin SWISHER, III, Petitioner**

No. 373 EAL 2016

Supreme Court of Pennsylvania.

January 3, 2017

## ORDER

PER CURIAM

AND NOW, this 3rd day of January, 2017, the Petition for Allowance of Appeal is **DENIED**.